| Case | Docket No. | Date | Judges | Disposition |
|---|---|---|---|---|
| Tate v. State | 49A05–1602–CR–369 | 01/13/2017 | MAY, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Washington v. State | 27A05–1604–CR–749 | 01/13/2017 | MAY, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Robinson v. Robinson | 03A05–1602–DR–408 | 01/13/2017 | BARNES, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ROBB, J. | Concurs |
| Wait v. State | 20A03–1512–PC–2304 | 01/13/2017 | BAKER, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | PYLE, J. | Concurs in result |
| Prince v. State | 49A04–1604–CR–837 | 01/13/2017 | VAIDIK, C.J. | Affirmed |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Snelling v. State | 25A05–1607–CR–1707 | 01/13/2017 | BARNES, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | ROBB, J. | Concurs |
| B.L.D.H., In re v. Indiana Department of Child Services | 22A05–1606–JT–1325 | 01/13/2017 | BAKER, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Eytcheson v. Eytcheson | 57A03–1607–DR–1711 | 01/13/2017 | VAIDIK, C.J. | Reversed and Remanded |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Asher v. State | 49A02–1606–CR–1311 | 01/13/2017 | BAILEY, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | MAY, J. | Concurs |
| Moore v. Anderson | 49A04–1605–CT–955 | 01/13/2017 | BAILEY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | MAY, J. | Concurs |
| Pinkston v. State | 18A04–1607–CR–1629 | 01/13/2017 | VAIDIK, C.J. | Affirmed |
| | | | | Concurs |
| | | | BRADFORD, J. | Concurs |
| | | | BROWN, J. | |